IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES SPIGNER, JR.
a/k/a CHARLES J. SPIGNER,
    Petitioner,

vs.                                Case No. 3:06cv227/LAC/EMT

JOSE BARRON, JR.,
    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 18, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of objections filed.

    Having considered the report and recommendation, and objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  The amended petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (Doc. 9) is **DISMISSED WITH PREJUDICE** pursuant to Rule 4, Rules Governing Section 2254 Cases, and 28 U.S.C. § 2243.

    **DONE AND ORDERED** this 31st day of July, 2006.

                                                s/_L.A. Collier_
                                                **LACEY A. COLLIER**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**